IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Catherine Jenkins, Individually, and on behalf of Mia Jenkins and Stephen Jenkins, Minors | § § § § § § § § § § | Case No. _____ <br><br> **(Jury Trial Requested)** |
| Plaintiff, | | |
| vs. | | |
| United States Postal Service and United States of America, | | |
| Defendants. | | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiffs Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, Minors, and by way of this Complaint in the above-captioned matter, allege and show unto this Honorable Court the following:

## NATURE OF CLAIM

1. This action is brought by and through the Federal Tort Claims Act, and the common law of Texas as applicable, for an automobile collision involving a U.S. Postal Service/U.S. Government vehicle.

## PARTIES, SERVICE, JURISDICTION AND VENUE

2. Plaintiffs Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, minors, are citizens and residents of Nueces County, Texas.

3. Defendants, The United States Postal Service, is an agency of Defendant, The United States Government and may be served with service of process by serving a copy of the summons and complaint to the United States Attorney for the Southern District of Texas, Abe Martinez at the following: 1000 Louisiana, Suite 2300, Houston, Texas 77002 and by

sending a copy of the summons and complaint by certified mail to Hon. Jeff Sessions, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001.

4. Defendant, United States of America, pursuant to Federal Rule of Civil Procedure 4(i), may be served with service of process by serving a copy of the summons and complaint to the United States Attorney for the Southern District of Texas, Abe Martinez at the following: 1000 Louisiana, Suite 2300 Houston, Texas 77002 and by sending a copy of the summons and complaint by certified mail to Hon. Jeff Sessions, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001.

## JURISDCTION, VENUE AND NOTICE

5. The Court has jurisdiction over the lawsuit because the action arises under the Federal Tort Claims Act, (28 U.S.C. §1346(b)) and it involves the United States Postal Service, a federal agency of the United States of America.

6. Plaintiff, Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, Minors, presented their notice of claim, Standard Form 95, within two (2) years from the date the claim accrued Pursuant to the Federal Tort Claims Act, 39 C.F.R. 912.4, and all other applicable statutes. More than six (6) months have elapsed since Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, Minors, now brings this lawsuit for the injuries and damages they have sustained.

## FIRST CAUSE OF ACTION

7. The Defendants' negligence was a proximate cause of Plaintiffs injuries and damages. At all times relevant to this case, Dennis Chavez was acting within the scope of

2

his employment and in his capacity as an agent, apparent agent, servant and/or employee of the United States of America and the United States Postal Service. Moreover, Dennis Chavez was acting within the course and scope of his authority as such agent, apparent agent, servant and/or employee of the United States of America and the United States Postal Service. Thus, the United States of America and the United States Postal Service are liable for the negligent conduct of their employee under the legal doctrine of respondeat superior.

8. On the occasion in question, Dennis Chavez had permission from his employer, the United States of America and the United States Postal Service, to drive their truck and owed a duty to use reasonable ordinary care in the operation of the vehicle he was driving. Dennis Chavez operated his vehicle in a negligent manner, in violation of his duty to Plaintiff, by failing to exercise ordinary care in the operation of the vehicle in one or more of the following:

a. In driving his vehicle at an excessive rate of speed immediately prior to the collision;
b. In operating said vehicle in a careless and reckless manner;
c. In failing to apply the brakes of said vehicle in time to avoid the aforesaid collision;
d. In failing to keep a proper lookout;
e. In failing to keep said vehicle under reasonable and proper control;
f. In failing to pay full time and attention;
g. In failing to control speed;
h. In failing to reduce the speed of said vehicle immediately prior to the aforesaid collision to a rate of speed that would be reasonable and prudent under the same or similar circumstances; and

    i.    In failing to obey the statutes of the State of Texas as they pertain to the operation of a motor vehicle; specifically §545.062.

## DAMAGES

9.    Each and all of the above stated acts and/or omissions constitute negligence and/or *negligence per se* and the same are a proximate cause of the serious injuries sustained by the Plaintiffs.

9.1    As a result of Plaintiffs' injuries, Plaintiffs Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, Minors, have suffered the following damages:

  i. Physical pain and mental anguish in the past and future;
  ii. Physical impairment in the past and future;
  iii. Medical expenses in the past and future;
  iv. Loss wages in the past and future; and
  v. Property Damage, including loss of use.

9.2    Although no amount of money will restore the Plaintiffs to the same physical and mental condition they were in prior to the incident made the basis of this suit, Plaintiffs seek monetary relief over $1,000,000.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for and requests the following relief:

Plaintiff, Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, Minors, seek all legally recoverable damages, including pre-judgment and post-judgment interest. Plaintiffs' damages at this time are in excess of the minimal jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Catherine Jenkins, Individually and on behalf of Mia Jenkins and Stephen Jenkins, Minors, prays that Defendants, UNITED STATES POSTAL SERVICE and UNITED STATES OF AMERICA, be cited in terms of law to appear and answer herein; that upon final trial hereof, the Plaintiffs have judgment against the Defendants for all damages, punitive damages, legally recoverable pre-judgment and post-judgment interest, all costs of court, and any other further relief to which Plaintiff may show herself justly entitled.

## JURY DEMAND

Plaintiff hereby respectfully requests a trial by jury. The jury fee has been tendered.

Respectfully submitted,
HERRMAN & HERRMAN, P.L.L.C.

  /s/  Daniel G. Covich
Federal Bar ID 10706
State Texas Bar No. 04906500
1201 Third Street
Corpus Christi, Texas 78404
(361) 882-4357 - Telephone
(361) 883-7957 - Facsimile
*litigation@herrmanandherrman.com*
***Attorney-in-Charge for Plaintiff***