United States District Court
Southern District of Texas
**ENTERED**
March 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATHERINE JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-316 |
| | § | |
| UNITED STATES POSTAL SERVICE, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

It is the final judgment of this Court that Defendants' United States Postal Service and United States of America motions to dismiss are granted. Plaintiff's claims are dismissed. All relief not expressly granted herein is denied.

ORDERED this __/2__ day of March, 2018.

HAYDEN W. HEAD, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1